

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-15-00819-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO FIREFIGHTERS' ASSOCIATION, LOCAL 624**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17586
Honorable Martha Tanner, Judge Presiding

# O R D E R

The appellee's motion for sanctions is DENIED. The appellant's request for recovery of costs in responding to the motion for sanctions and request to strike the affidavit attached to the appellee's motion for sanctions are DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court